```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

TERRY LEE HALL,                :
AIS #232589,                   :
    Plaintiff,                 :
                               :
vs.                            :    CIVIL ACTION 14-438-CB-M
                               :
WARDEN SMITH,                  :
    Defendant.                 :
                               :

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendants Amanuel Dubose, Larry Bailey, and Shirley Smith are entitled to summary judgment in their favor on all claims asserted against them by Plaintiff, and that this action against these Defendants be dismissed with prejudice.

DONE this 21st day of September, 2015.

             s/*Charles R. Butler, Jr.*
             UNITED STATES DISTRICT JUDGE